JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBAR,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSDEV SERVICES, INC.<br><br>    Defendant. | Case No.: CV 15-1610 DSF (VBKx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendant recover its costs of suit pursuant to 28 U.S.C. § 1920.

Dated: August 11, 2016

                                                      Dale S. Fischer<br>
                                                  United States District Judge